# EXHIBIT 1

# EXHIBIT 1





Home > State by State Laws > Nevada > Daily Headlines > Dr Reefer's Business Goes To Pot

**Daily Headlines**

# DR. REEFER'S BUSINESS GOES TO POT
by Richard Lake, Las Vegas Review-Journal, (Source: Las Vegas Review-Journal)

30 Mar 2009
Share This Article

Nevada
-------
Advocate Of Marijuana's Medicinal Qualities Moving On After Prison Sentence

Pierre Werner and his mom, Reyna Barnett, stand Thursday in front of a billboard for Dr. Reefer, a medical marijuana referral agency operated by Barnett. Werner was recently released from prison after he was caught growing dozens of pot plants, which he says were for medical purposes.

A couple of years back, a guy named Pierre Werner went to prison. It made the papers. It was his own fault.

The prison sentence followed Werner getting caught growing many dozens of marijuana plants in his house, which he swears he was doing for medical purposes.

The growing of the pot plants came after much pot smoking -- a lot of it, he admitted, had nothing to do with the drug's medicinal qualities.

All that pot smoking came after a prison stint in New Jersey for, well, for selling lots and lots of pot.

The Jersey time came after an episode involving nudity and an ill-fated attempt at walking from Southern California to Las Vegas.

The naked episode came after many other strange things in the life of Pierre Werner.

The latest bit of strange?

The Dr. Reefer billboard out on Decatur Boulevard near the Las Vegas Beltway in the southern end of town. It's an ad for a business that hooks up potential marijuana smokers with a doctor who will help them do it legally.

"I've always considered marijuana a medicine," said Werner, now 37 and out of prison. "Just the way it makes me feel."

**Regional News**

US NV: Reefer Madness

US NV: Marijuana As Medicine

US NV: Pot Legalization Group Targets Vegas

US NV: Supreme Court Tosses Drug Case Over Illegal Search

US NV: Marijuana Bill Dies in Committee

US NV: Medical Marijuana Advocates Rally for Drug's Expansion

US NV: Dr Reefer's Business Goes To Pot

US NV: Marijuana Activists Take Stand Against Bill

US NV: OPED: Legal Marijuana Would Be A Tax Windfall

US NV: Pot Advocate Moving On After Nevada Prison Term





**More News**
Select a State

Check State Laws

Werner got out of prison back in November. He is unemployed and lives with his mother. He's on parole until next month, which means he's drug tested all the time.

Werner swears he's not smoking right now.

As soon as his parole is over, he's leaving Nevada for good, he said. He can't take it anymore. And besides, if he gets caught selling pot here again, he could get locked up for 20 years.

"There's no way I'll sell marijuana in Nevada," he said. "I don't even want to stay in Nevada. No thanks. Not worth it."

He wants to go to Amsterdam, where he was born, or to California, which is more friendly to medical marijuana smokers.

Nevada's voters legalized marijuana for medical purposes in 2000. Patients who have been diagnosed with a qualifying condition ( cancer or glaucoma, among others ) are allowed to possess small amounts of the drug.

They also are allowed to grow it for their own use.

They are not allowed to grow it for lots and lots of people and then sell it to them.

Which is where Werner got into trouble in 2004.

He was an outspoken advocate of medical marijuana then. He admitted that he was your basic recreational user before a 1998 incident in which he simply lost it, psychologically speaking.

In Southern California at the time, he decided he needed to be in Las Vegas. And so he stripped all his clothes off and began to walk.

That led, eventually, to a diagnosis: bipolar disorder. He was given lithium, which "turned me into a zombie," he said.

However, pot fixed everything, he said.

He began operating a business in Las Vegas that helped patients connect with doctors.

He talked of opening a cannabis club, like they have in California. He grew his own pot. He also decided that he would grow pot for other patients.

That is illegal.

"My medicine was the best in the world," he said.

According to the state Department of Health, the law for people registered in the medical marijuana program allows the possession of 1 ounce of marijuana; the possession of four mature marijuana plants; and the possession of three immature marijuana plants.

When the cops were called to Werner's house, they found dozens of pot plants.

He went to prison.

And what of his referral business? That's where his mother comes in.

Whenever patients would call the business while Werner was in prison, his mom would help them out. He would give her advice over the phone, from prison, on how to work the system.

Now, she operates the business, drreefer.com, full time. Werner swears he has nothing to do with it now, other than promoting it.

"It bothered me," said Reyna Barnett, 58, Werner's mom, when asked about his pot smoking

as a young man.

She hated that he smoked pot, that he sold it, and that he went to prison for it.

And then came the bipolar diagnosis. The zombie-like lithium experience.

Marijuana seemed to fix him, Barnett said. And so she began to sympathize.

More and more, she worked with the patients that her son used to help.

"I like to help people," she said.

What she does, for a fee, is help people fill out the necessary government paperwork.

She helps them make an appointment with a cause-friendly doctor ( any licensed doctor can prescribe marijuana in Nevada ).

Well then, just who is this sympathetic doctor, anyway?

For fear of harming the doctor's reputation, Werner and Barnett won't reveal any details, other than this one: It is a local pediatrician.

MAP posted-by: Larry Seguin



Powered by MAP

Share This Article

**Pubdate:** Mon, 30 Mar 2009
**Source:** Las Vegas Review-Journal (NV)
**Copyright:** 2009 Las Vegas Review-Journal
**Contact:** http://www.reviewjournal.com/about/print/press/letterstoeditor.html
**Website:** http://www.lvrj.com/
**Details:** http://www.mapinc.org/media/233
**Author:** Richard Lake, Las Vegas Review-Journal

**NORML** Working to reform marijuana laws    TOP

Site Map • Contact Us • Support NORML • Take Action • Library

© 2009 NORML • Privacy Statement

NORML and the NORML Foundation: 1600 K Street NW, Suite 501, Washington DC, 20006-2832
Tel: (202) 483-5500 • Fax: (202) 483-0057 • Email: norml@norml.org

# EXHIBIT 2

# EXHIBIT 2



The National Organization for the Reform of Marijuana Laws

- SITE MAP    - CONTACT US    - MEDIA CONTACT    - HOME

NORML — Working to reform marijuana laws

Nevada       GO
search by Google

Home > State by State Laws > Nevada > Daily Headlines > Marijuana Activists Take Stand Against Bill

**Daily Headlines**

# MARIJUANA ACTIVISTS TAKE STAND AGAINST BILL

by Ed Vogel, Las Vegas Review-Journal Capital Bureau, (Source: Las Vegas Review-Journal)

31 Mar 2009
Share This Article  

Nevada
--------
CARSON CITY -- Medical marijuana advocates testified Monday that a bill prescribing prison sentences for growing more than seven marijuana plants will prevent sick people from getting their "medicine."

"This bill would send many patients to prison," testified Pierre Werner, a former medical marijuana patient who spent 19 months in prison.

Under current law, the sentence for growing marijuana for sale depends on the pounds of marijuana grown. Senate Bill 262 targets medical marijuana card holders and bases their sentence on the number of plants they are growing.

Medical marijuana patients can grow up to seven plants if they hold a card from the state Health Division. Nevada voters in 2000 approved a ballot measure to allow medical marijuana for people with illnesses who have a doctor's authorization to use the drug.

The proposed measure states a medical marijuana patient with eight or more plants would be considered as having "prima facie evidence" of cultivating marijuana for purpose of sale.

Having one to 25 plants in excess of the allowed limit would be a felony punishable by one to six years in prison. Harsher sentences would apply according to how many plants the patient possessed.

A patient with 500 or more marijuana plants in excess of the allowed amount could be sentenced to three to 15 years in prison and fined as much as $100,000.

During the hearing, witnesses said police exaggerate the amount of usable marijuana that each plant can produce.

"Most plants are grown indoors," marijuana advocate Michael McCullough told the Senate Judiciary Committee. "They are lucky to get 1 or 2 ounces per plant."

But he said police will state a single plant produces a pound or two of marijuana.

**Regional News**

US NV: Reefer Madness

US NV: Marijuana As Medicine

US NV: Pot Legalization Group Targets Vegas

US NV: Supreme Court Tosses Drug Case Over Illegal Search

US NV: Marijuana Bill Dies in Committee

US NV: Medical Marijuana Advocates Rally for Drug's Expansion

US NV: Dr Reefer's Business Goes To Pot

US NV: Marijuana Activists Take Stand Against Bill

US NV: OPED: Legal Marijuana Would Be A Tax Windfall

US NV: Pot Advocate Moving On After Nevada Prison Term


NORML NewsFeed


NORML Gear

**More News**
Select a State

Check State Laws

After the hearing, Sen. Allison Copening, D-Las Vegas, said she did not intend to target legitimate medical marijuana users.

She introduced the bill at the request of Las Vegas police, who told her they were concerned a "drug cartel" might be cultivating pot in Nevada for purposes of sale.

"My intent is to get those doing it for profit," she said.

"I am a cancer survivor," Copening added. "I know a lot of people who have medical marijuana licenses smoke it to induce an appetite. I understand the need for these patients. It also is necessary for some for pain management."

During the hearing, Werner said the bill should be changed to allow patients to grow as many as 99 plants. He said patients need a 24-ounce supply every 90 days.

"It is ridiculous to expect people on chemotherapy to grow their own medicine," he added. "We need a system where they can buy it. Charge a $50 per ounce tax, and it would bring in millions for Nevada."

He backed a medical marijuana clinic system such as the one in California, where patients can buy several varieties of marijuana.

A total of 564 people have permits to use medical marijuana, according to the state Health Division.

MAP posted-by: Richard Lake

Powered by MAP

Share This Article

**Pubdate:** Tue, 31 Mar 2009
**Source:** Las Vegas Review-Journal (NV)
**Copyright:** 2009 Las Vegas Review-Journal
**Contact:** http://www.reviewjournal.com/about/print/press/letterstoeditor.html
**Website:** http://www.lvrj.com/
**Details:** http://www.mapinc.org/media/233
**Author:** Ed Vogel, Las Vegas Review-Journal Capital Bureau
**Referenced:** SB262 http://www.leg.state.nv.us/75th2009/Reports/history.cfm?ID=705
**Bookmark:** http://www.mapinc.org/mmj.htm (Marijuana - Medicinal)

**NORML** Working to reform marijuana laws

TOP

Site Map • Contact Us • Support NORML • Take Action • Library

© 2009 NORML • Privacy Statement

NORML and the NORML Foundation: 1600 K Street NW, Suite 501, Washington DC, 20006-2832
Tel: (202) 483-5500 • Fax: (202) 483-0057 • Email: norml@norml.org

# EXHIBIT 3

# EXHIBIT 3

# Man guilty in dead

## Life in prison possible over prior DUIs

By DAVID KIHARA
LAS VEGAS REVIEW-JOURNAL

**BUS STOP TRAGEDY**



GARY THOMPSON/REVIEW-JOURNAL
Steven Murray, left, was convicted Monday of killing one woman and seriously injuring another when he crashed into a bus stop in July.

The man accused of killing one woman and maiming another when he plowed his pickup into a bus shelter while under the influence of prescription drugs was found guilty Monday in District Court.

A Clark County jury convicted Steven Murray of killing 55-year-old Patricia Hoff and seriously injuring Porsche Hughes when he hit a bus shelter on Boulder Highway near Flamingo Road on July 7.

Hughes, a mother of two, lost both legs as a result of the crash.

Murray, 44, remained silent as the court clerk read the verdict. Hughes and Hoff's daughter, Robin Wynkoop, be-

gan crying in
"We got hir
said Hughes,
the reading
her wheelcha
Hughes, w
stick to her sto
verdict was
she's still tr
from the cra
trial is over
relearning h
She also
testify this

## Marijuana activists take stand against bill

By ED VOGEL
LAS VEGAS REVIEW-JOURNAL CAPITAL BUREAU

CARSON CITY — Medical marijuana advocates testified Monday that a bill prescribing prison sentences for growing more than seven marijuana plants will prevent sick people from getting their "medicine."

"This bill would send many patients to prison," testified Pierre Werner, a former medical marijuana patient who spent 19 months in prison.

Under current law, the sentence for growing marijuana for sale depends on the pounds of marijuana grown. Senate

▶ SEE MARIJUANA PAGE 5B
*Senator says legislation targets sellers*



Male inmates at the Clark County Detention Center use cots on the floor Monday. The inmates are housed this way becau want a new low-level offender jail to open to hold the inmate overflow.

## New code for attorneys on schedule

By ALAN MAIMON
LAS VEGAS REVIEW-JOURNAL

The Nevada Supreme Court has denied a request by Clark and Washoe counties to delay implementing performance standards for public defenders.

# Police officials ready to ar

## Strapped county might keep new facility

By BRIAN HAYNES
LAS VEGAS REVIEW-JOURNAL

On any given day inside the walls of the Clark County Detention Center, about 100 inmates sleep on cots or mat-

has been for most of three decades.

And although the inmate

"I'm waiting for the bubble to burst," said Deputy Chief Leroy Kirkegard, who runs

proposed su
2005 with a
city to hold

{ THE WEST }  Tuesday, March 31, 2009 • Page 5B



RY THOMPSON/LAS VEGAS REVIEW-JOURNAL
jury returns a guilty verdict up crashed into a bus stop in both legs in the crash.

## Sentencing or May 21

out of his lane.

Hughes, who testified Wednesday, said she saw Murray hit a curb, accelerate, then strike her and Hoff with the truck. Both women were waiting at the bus stop that morning.

Authorities said Murray was driving while impaired when he struck the bus shelter and failed several field sobriety tests afterward.

But on Friday, forensic toxicologist John Hiatt testified that Murray probably wasn't impaired while driving. Hiatt, who testified on Murray's behalf, reviewed police reports on the crash and Murray's toxicology reports.

Hiatt said the levels of Valium and Percocet were within the "therapeutic range," meaning they were within the proper dosages for Murray's prescriptions.

In addition, he said, Murray probably would have built up a tolerance to the drugs because he had been taking them for at least several months.

Both drugs would have had little effect on Murray's driv-

### ▶ MARIJUANA: *Senator says legislation targets sellers*

CONTINUED FROM PAGE 1B

Bill 262 targets medical marijuana card holders and bases their sentence on the number of plants they are growing.

Medical marijuana patients can grow up to seven plants if they hold a card from the state Health Division. Nevada voters in 2000 approved a ballot measure to allow medical marijuana for people with illnesses who have a doctor's authorization to use the drug.

The proposed measure states a medical marijuana patient with eight or more plants would be considered as having "prima facie evidence" of cultivating marijuana for purpose of sale.

Having one to 25 plants in excess of the allowed limit would be a felony punishable by one to six years in prison. Harsher sentences would apply according to how many plants the patient possessed.

A patient with 500 or more marijuana plants in excess of the allowed amount could be sentenced to three to 15 years in prison and fined as much as $100,000.

During the hearing, witnesses said police exaggerate the amount of usable marijuana that each plant can produce.

"Most plants are grown indoors," marijuana advocate Michael McCullough told the Senate Judiciary Committee. "They are lucky to get 1 or 2 ounces per plant."

But he said police will state a single plant produces a pound or two of marijuana.

After the hearing, Sen. Allison Copening, D-Las Vegas, said she did not intend to target legitimate medical marijuana users.

She introduced the bill at the

> "It is ridiculous to expect people on chemotherapy to grow their own medicine. We need a system where they can buy it."
> PIERRE WERNER
> MARIJUANA ACTIVIST

request of Las Vegas police, who told her they were concerned a "drug cartel" might be cultivating pot in Nevada for purposes of sale.

"My intent is to get those doing it for profit," she said.

"I am a cancer survivor," Copening added. "I know a lot of people who have medical marijuana licenses smoke it to induce an appetite. I understand the need for these patients. It also is necessary for some for pain management."

During the hearing, Werner said the bill should be changed to allow patients to grow as many as 99 plants. He said patients need a 24-ounce supply every 90 days.

"It is ridiculous to expect people on chemotherapy to grow their own medicine," he added. "We need a system where they can buy it. Charge a $50 per ounce tax, and it would bring in millions for Nevada."

He backed a medical marijuana clinic system such as the one in California, where patients can buy several varieties of marijuana.

A total of 564 people have permits to use medical marijuana, according to the state Health Division.

Contact Capital Bureau Chief Ed Vogel at evogel@reviewjournal.com or 775-687-3901.

# BANKRUPTCY
Chapter 7... Chapter 11... Chapter 13
*"Even Though The Laws Have Changed, You Can Still File Bankruptcy"*
## 836-9696
The Law Offices of Barry Levinson
A Professional Corporation
2810 Rainbow Blvd., LV 89146 • www.ATTORNEYBARRYLEVINSON.COM




MAR 31

# EXHIBIT 4

EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007095275 / 2010-03-05

Application Title: Marijuana as medicine.

Title:               Marijuana as medicine.

Description:         Print material.

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2009

Date of Publication:
                     2009-08-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operations Officer, Righthaven LLC, 9960 West
                        Cheyenne Avenue, Suite 210, Las Vegas, NV,  89129-7701,
                        United States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

==============================================================================

# EXHIBIT 5

# EXHIBIT 5



The National Organization for the Reform of Marijuana Laws • SITE MAP • CONTACT US • MEDIA CONTACT • HOME



Nevada [GO]
search by Google

Home > State by State Laws > Nevada > Daily Headlines > Marijuana As Medicine

**Daily Headlines**

# MARIJUANA AS MEDICINE

by Corey Levitan, Las Vegas Review-Journal, (Source:Las Vegas Review-Journal)

| Regional News |
|---|
| US NV: Reefer Madness |
| US NV: Marijuana As Medicine |
| US NV: Pot Legalization Group Targets Vegas |
| US NV: Supreme Court Tosses Drug Case Over Illegal Search |
| US NV: Marijuana Bill Dies in Committee |
| US NV: Medical Marijuana Advocates Rally for Drug's Expansion |
| US NV: Dr Reefer's Business Goes To Pot |
| US NV: Marijuana Activists Take Stand Against Bill |
| US NV: OPED: Legal Marijuana Would Be A Tax Windfall |
| US NV: Pot Advocate Moving On After Nevada Prison Term |

30 Aug 2009
Share This Article

Nevada
--------
Legal Process Requires Paperwork, Overcoming Physician Resistance

Doctors Say There Are More Effective Ways to Treat Glaucoma

The debate over the legalization of marijuana in Nevada overlooks one significant detail: It's already legal.

An estimated 1,530 Nevadans have obtained permission to lawfully possess and use pot since NRS-453A was signed into law in 2001, according to the Nevada State Health Division. ( Nevada is one of 13 states with a medical marijuana program. )

But a medical marijuana card does not read: "Get Out of Jail Free." Medical marijuana can never legally be purchased, or smoked in a public place. It must be grown and inhaled ( or ingested via baked goods ) at the cardholder's residence.

The process begins with a written request and $50 check sent to the state Health Division in Carson City. This gets prospective patients an application and a physician's statement that must be taken to a doctor willing to recommend marijuana. ( According to FDA guidelines, it's a Schedule 1 drug, which makes it illegal to prescribe. )

The legal conditions recognized by Nevada to medicate with marijuana are restricted to AIDS, cancer, glaucoma, weight loss, severe nausea, severe pain, seizures and persistent muscle spasms. ( Each has a box on the form for the physician to check. )





**More News**
Select a State

Check State Laws

If the application is approved by the Health Division, patients then pay a further $150 processing fee, which covers a background check for the one crime that will get them rejected: selling, or intending to sell, a controlled substance.

After fingerprinting, notary public and Department of Motor Vehicles fees of about $20 each, the DMV issues a card good for one year. ( The card must be renewed annually for another $150 fee and signed physician's

statement. )

The trickiest part is finding a doctor. Most will not sign off on the card, according to Bruce Mirken, spokesman for the Washington, D.C.-based Marijuana Policy Project advocacy group.

Las Vegas ophthalmologist Dr. Kent Wellish, director of the Wellish Vision Institute, and oncologist Dr. Paul Michaels of the Comprehensive Cancer Centers of Nevada have never signed off -- although both are occasionally asked.

Wellish said laser treatment and the eyedrops Xalatan, Lumigan and Travatan are much more effective for glaucoma.

"For marijuana to work, the patient would have to be stoned around the clock," he said. "When you're not stoned, the pressure goes back up, and that's when damage occurs to the optic nerve."

Michaels prefers Zofran and Compazine for the short-term nausea associated with chemotherapy. ( He said that marijuana has "no effect whatsoever" on cancer pain. )

Michaels has prescribed marijuana to five of his chemo patients with long-term nausea, but only in the form of Marinol pills, which concentrate the drug's active ingredient, THC, and do not require a medical marijuana card.

"Marijuana inhalation or baking is not a good idea," Michaels said. "Funguses and bacteria grow on plants very easily, and sometimes you don't kill them with heat. And the immune system of chemo patients is shot, so they're more susceptible."

Difficulty finding a doctor is why advertisements for medical marijuana appear in the back of Nevada's alternative weeklies.

"We stand behind you and your right to choose alternative medicine," read a recent CityLife ad from the Hemp and Cannabis Foundation. An ad on the same page from DrReefer.com announced: "Get legal today!"

These companies -- which charge $200 to $300 on top of the required fees -- promise to refer patients to sympathetic physicians such as Dr. Rabia Ahmed, who practices at the Hemp and Cannabis Foundation's clinic at 10161 Park Run Drive. ( Ahmed would not respond to the Review-Journal's request for an interview. )

Ivan Goldsmith, an internal medicine physician who operates three valley medical centers, said he has recommended marijuana for all six of the customers referred to him by DrReefer.com.

"They all qualified and have appropriate radiographic or medical records to justify the recommendation," he said.

Goldsmith calls marijuana "highly effective" and said that studies back him up.

"The research is now catching up that the cannabinoid system is very important in a lot of body functions," he said. "They're finding that if you stimulate the cannabinoid system, you can block neuropathic pain."

When asked to respond to the opinions of Drs. Wellish and Michaels, Goldsmith said doctors frequently disagree on diagnoses, and that all safe options should always be available for them to try.

Once Nevadans receive their cards, one step remains. Unlike California, Colorado, New Mexico and Rhode Island -- which permit convenient medical marijuana dispensaries -- Nevada requires that patients grow their own. The law limits each cardholder to seven plants on his or her own property: three mature and four immature. Another Nevada resident can be designated to grow for a marijuana cardholder, but that grower must obtain a card, too.

The difficulty of growing one's own marijuana transcends the plant's finicky light, heat and moisture requirements. It happens to be illegal to sell seeds in the United States. ( Not even DrReefer.com or the Hemp and Cannabis Foundation offer to help with this problem. )

The only legal ways for cardholders in Nevada to begin growing, according to Metropolitan Police Department public information officer Barbara Morgan, are to purchase an ounce or less of seeds from another country via the Internet, or to obtain seeds or a cutting from another plant, for free, from another cardholder.

Once cardholders meet all the above requirements, police officers cannot detain them for any suspicious green baggie found during a routine traffic stop -- as long as that baggie weighs less than an ounce and the motorist doesn't appear under its influence.

"I wouldn't be surprised if it happens quite often," Morgan said.

Even if patients don't have their cards on them, they're not arrested, because the DMV notes their existence in its computer record.

This begs the question of how many, if any, medical marijuana patients are actually illegal drug users who exaggerate or fake medical symptoms to get impunity for their habit.

"Every medication has potential for abuse," Goldsmith said. "But a patient can easily go on the street, buy the marijuana and not seek medical evaluation. So if he has enough moxie to come in and want to do it through legal channels, you have to respect that."

When asked for her take, officer Morgan replied: "All we do is enforce the law. We can't personally have our opinions."

---

MAP posted-by: Richard Lake


Powered by MAP

Share This Article

**Pubdate:** Sun, 30 Aug 2009
**Source:** Las Vegas Review-Journal (NV)
**Copyright:** 2009 Las Vegas Review-Journal
**Contact:** http://www.reviewjournal.com/about/print/press/letterstoeditor.html
**Website:** http://www.lvrj.com/
**Details:** http://www.mapinc.org/media/233
**Author:** Corey Levitan, Las Vegas Review-Journal
**Photo:** Marijuana cards are issued by the Nevada Department of Motor Vehicles, which provided this sample of what they look like. Nevada [DMV courtesy photo]
http://www.mapinc.org/images/NevadaCard.jpg
**Referenced:** Nevada Medical Marijuana Program http://health.nv.gov/MedicalMarijuana.htm


NORML — Working to reform marijuana laws

Site Map • Contact Us • Support NORML • Take Action • Library

© 2009 NORML • Privacy Statement

NORML and the NORML Foundation: 1600 K Street NW, Suite 501, Washington DC, 20006-2832
Tel: (202) 483-5500 • Fax: (202) 483-0057 • Email: norml@norml.org