AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Righhaven LLC, a Nevada limited-liability company,  )
                 *Plaintiff*  )
                v.  )   Civil Action No. 2:10-cv-0351-LDG-PAL
NATIONAL ORGANIZATION FOR THE REFORM  )
OF MARIJUANA LAWS, a District of Columbia dome  )
                *Defendant*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MEDIA AWARENESS PROJECT (MAP), INC.
                                                 c/o The Company Corporation
                                                 2711 Centerville Road, Suite 400
                                                 Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven A. Gibson, Esq. and J. Charles Coons, Esq.
                                                   Righthaven LLC
                                                 9960 West Cheyenne Avenue
                                                 Suite 210
                                                 Las Vegas, NV 89129
                                                 United States of America

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

4/22/10
DATE

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2-10-cv-0351-LDG-PAL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                          _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc: