Cassandra P. Joseph, Esq.
Nevada State Bar No. 9845
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
cjoseph@watsonrounds.com

John L. Krieger, Esq.
Nevada State Bar No. 6023
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy. Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8304
Facsimile: (702) 949-8365
JKrieger@LRLaw.com

Marc Randazza, Esq. (*Pro Hac Vice*
Application to be submitted within 7 days)
Randazza Legal Group
2 South Biscayne Boulevard, Suite 2600
Miami, Florida 33131
Telephone: (305) 479-2491
mjrp@me.com

Attorneys for Defendant National
Organization for the Reform of
Marijuana Laws

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, a District of Columbia domestic nonprofit Corporation; MEDIA ACCESS PROJECT, INC., a California corporation, <br><br> Defendants. | Case No. 2:10-cv-00351-LDG-PAL <br><br> **MOTION TO STRIKE SECOND AMENDED COMPLAINT** |

1

Defendant National Organization for the Reform of Marijuana Laws ("NORML") moves to strike Plaintiff Righthaven LLC's ("Righthaven") Second Amended Complaint (Document 9) filed on April 22, 2010 for failure to comply with Fed. R. Civ. Proc. 15(a).

### I. Procedural Background

Righthaven filed its original complaint on March 15, 2010 (Document 1) alleging a single claim of copyright infringement against NORML. Thereafter, on April 5, 2010, Righthaven filed a First Amended Complaint (Document 6), adding Media Access Project, Inc. as a Defendant, and adding additional claims against NORML. NORML and Righthaven entered into a stipulation to extend the time by which NORML had to respond to the First Amended Complaint until April 23, 2010 (Document 8). On April 22, 2010, Righthaven filed a Second Amended Complaint (Document 9) without consent from NORML or the Court. In the Second Amended Complaint, Righthaven represents that the only change is to correct a technical error in the caption of the First Amended Complaint.

### II. Legal Argument

Fed. R. Civ. Proc. 15(a) states that "[a] party may amend its pleading *once* as a matter of course . . . . In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." *Id*.

Righthaven failed to obtain—or even request—consent of NORML to amend the First Amended Complaint. Further, Righthaven did not file a motion for leave to file a second amended complaint, but instead simply filed the Second Amended Complaint without leave from the Court. Thus, the Second Amended Complaint is a rogue pleading that cannot be recognized by the parties or the Court. As such, the First Amended Complaint is the operative pleading to which NORML responds by filing a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Lack of Personal Jurisdiction (Document 11), filed concurrently herewith.

### III. Conclusion

Because Righthaven filed its Second Amended Complaint without consent of NORML or leave from the Court, the Second Amended Complaint is not the operative complaint in this case and must be stricken. Should the Court decide to allow the Second Amended Complaint,

NORML respectfully requests that the Court deem NORML's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Lack of Personal Jurisdiction, filed concurrently herewith, as a response to the Second Amended Complaint.

Dated: April 23, 2010

/s/ Cassandra P. Joseph
Cassandra P. Joseph, Esq.
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511

John L. Krieger, Esq.
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy. Suite 600
Las Vegas, Nevada 89169

Marc Randazza, Esq.
(*Pro Hac Vice* application to be submitted)
Randazza Legal Group
2 South Biscayne Boulevard, Suite 2600
Miami, Florida 33131

Attorneys for Defendant National Organization for the Reform of Marijuana Laws

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Law Offices of Watson Rounds, and on this date, a true and correct copy of the foregoing document, **Motion to Strike Second Amended Complaint**, was served upon the following individuals via the Court's electronic filing system.

Steven A. Gibson
sgibson@righthaven.com
J. Charles Coons
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada  89129-7701

Dated: April 23, 2010                                       /s/ Carla Ousby
                                                                            Carla Ousby