1  Cassandra P. Joseph, Esq.
   Nevada State Bar No. 9845
2  WATSON ROUNDS
   5371 Kietzke Lane
3  Reno, NV 89511
   Telephone: (775) 324-4100
4  Facsimile: (775) 333-8171
   cjoseph@watsonrounds.com
5

6  John L. Krieger, Esq.
   Nevada State Bar No. 6023
7  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy. Suite 600
8  Las Vegas, Nevada 89169
   Telephone: (702) 949-8304
9  Facsimile: (702) 949-8365
10 JKrieger@LRLaw.com

11 Marc Randazza, Esq. (*Pro Hac Vice*
   Application to be submitted within 7 days)
12 Randazza Legal Group
   2 South Biscayne Boulevard, Suite 2600
13 Miami, Florida 33131
   Telephone: (305) 479-2491
14 mjrp@me.com
15
   Attorneys for Defendant National
16 Organization for the Reform of
   Marijuana Laws
17

18                    UNITED STATES DISTRICT COURT

19                          DISTRICT OF NEVADA

20

21 RIGHTHAVEN, LLC, a Nevada limited    )  Case No. 2:10-cv-00351-LDG-PAL
   liability company,                   )
22                                      )  **STIPULATION TO EXTEND TIME**
                  Plaintiff,            )  **FOR DEFENDANT NORML TO**
23                                      )  **ANSWER OR OTHERWISE RESPOND**
   v.                                   )  **TO FIRST AMENDED COMPLAINT**
24                                      )
   NATIONAL ORGANIZATION FOR THE        )
25 REFORM OF MARIJUANA LAWS, a          )
   District of Columbia domestic nonprofit )
26 Corporation; MEDIA ACCESS PROJECT,   )
   INC., a California corporation,      )
27                                      )
                  Defendants.           )
28 _____)

                                        1

Plaintiff Righthaven, LLC and Defendant National Organization for the Reform of Marijuana Laws ("NORML"), by and through their respective counsel, hereby stipulate that the date by which Defendant NORML has to answer or otherwise respond to the First Amended Complaint shall be extended three days from April 20, 2010 to April 23, 2010.

This stipulation has been made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: 4/20/2010

*[signature]*

Steven A. Gibson, Esq.
J. Charles Coons, Esq.
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701

Attorneys for Plaintiff Righthaven LLC

Dated: April 20, 2010

/s/ Cassandra P. Joseph
Cassandra P. Joseph, Esq.
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511

John L. Krieger, Esq.
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy. Suite 600
Las Vegas, Nevada 89169

Marc Randazza, Esq.
(*Pro Hac Vice* application to be submitted)
Randazza Legal Group
2 South Biscayne Boulevard, Suite 2600 Miami, Florida 33131

Attorneys for Defendant National Organization for the Reform of Marijuana Laws

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: 27 April 2010