UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RIGHTHAVEN, LLC

    Plaintiff,

vs.

NATIONAL ORGANIZATION FOR THE REFORM
OF MARIJUANA LAWS, et al.

    Defendant(s).

Case # 2:10-cv-00351-LDG-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____MARC RANDAZZA_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at ___SAN DIEGO___.
   (city)
   ___SAN DIEGO___, ___CALIFORNIA___.
   (county)           (state)

2. That Petitioner is an attorney at law and a member of the law firm of
   ___RANDAZZA LEGAL GROUP___ with offices at
   ___3969 FOURTH AVENUE, SUITE 203___,
   (street address)
   ___SAN DIEGO___, ___92103___, ___(619) 209-7767___.
   (city)           (zip code)      (area code + telephone number)
   ___randazza@me.com___.
   (Email address)

3. That Petitioner has been retained personally or as a member of the law firm by <u>National Organization for Reform of Marijuana Laws</u> to provide legal representation in connection with
<u>          [client(s)]          </u>
the above-entitled case now pending before this Court.

4. That since <u>  January 24, 2002  </u>, Petitioner has been and presently is a member
                        (date)
in good standing of the bar of the highest Court of the State of <u>    Massachusetts    </u>
                                                      (state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| Please see Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Not applicable.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

None.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| November 3, 2008 | 2:08-cv-01174 | US District Court of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

*Petitioner's Signature*

STATE OF _California_ )
COUNTY OF _San Diego_ )

_Marc Randazza_, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Petitioner's Signature*

Subscribed and sworn to before me this

_29th_ day of _April_, _2010_.

_Notary public or Clerk of Court_

TRISTAN A. PHILLIPS
Commission # 1820952
Notary Public - California
San Diego County
My Comm.-Expires Oct 31, 2012

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _Cassandra P. Joseph_, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Watson Rounds
5371 Kietzke Lane, Reno, NV 89511
775-324-4100

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Cassandra P. Joseph_____ as his/her/their Designated Resident Nevada Counsel in this case.

_R. Keith Stroup_
(Party signature) NORML Legal Counsel

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____   9845
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07/06

# Exhibit A

# Exhibit A

Marc J. Randazza, Esq.
Courts to Which Admitted

| Jurisdiction | Status | Date Admitted | Bar No. |
|---|---|---|---|
| Massachusetts Bar | Active | Jan. 24, 2002 | 651477 |
| Florida Bar | Active | Mar. 25, 2003 | 625566 |
| 1st Circuit | Active | May 8, 2003 | n/a |
| 7th Circuit | Active | Nov. 6, 2009 | n/a |
| 11th Circuit | Active | Jun. 20, 2003 | n/a |
| 9th Circuit | Active | September 4, 2009 | n/a |
| US Dist. Ct. Mass. | Active | Jun. 12, 2002 | n/a |
| US Dist. Ct. N.D. Fla. | Active | May 17, 2005 | n/a |
| US Dist .Ct. M.D. Fla. | Active | Jun 9, 2003 | n/a |
| US Dist. Ct. S.D. Fla. | Active | Aug. 4, 2006 | n/a |
| US Dist. Ct. N.D. Texas | Active | Nov. 12, 2009 | n/a |
| United States Supreme Court | Active | Feb. 28, 2005 | n/a |
| US Dist Ct E.D. Michigan | Active | June 30, 2009 | n/a |
| United States District Court for the Federal Circuit | Active | Sept. 1, 2006 | n/a |