STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, a District of Columbia domestic nonprofit corporation; MEDIA AWARENESS PROJECT (MAP), INC., a Delaware non-profit corporation,<br><br>Defendants. | Case No.: 2:10-cv-0351-LDG-PAL<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION TO STRIKE SECOND AMENDED COMPLAINT** |

    Righthaven LLC ("Righthaven") and the National Organization for the Reform of Marijuana Laws ("NORML"), by and through its attorney's of record, hereby stipulate and agree, subject to this Court's approval, that the deadline for Righthaven to file Righthaven's opposition to Defendant's Motion to Strike Second Amended Complaint, in the above-captioned matter, shall be extended fourteen (14) days from Monday, May 10, 2010, up to and including Monday, May 24, 2010.

Righthaven and NORML are engaged in good-faith negotiations working toward reaching a settlement in this matter. This stipulation is not sought for delay or any improper purpose.

DATED this third day of May, 2010.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

Submitted by:

| RIGHTHAVEN LLC | WATSON ROUNDS |
|---|---|
| _/s/ J. Charles Coons_____ | __/s/ Cassandra P. Joseph _____ |
| J. Charles Coons, Esq. | Cassandra P. Joseph, Esq. |
| 9960 West Cheyenne Avenue, Suite 210 | 5371 Kietzke Lane |
| Las Vegas, Nevada 89129-7701 | Reno, NV 89511 |
| Attorney for Plaintiff | Attorney for Defendant |

2