STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, a District of Columbia domestic nonprofit corporation; MEDIA AWARENESS PROJECT (MAP), INC., a Delaware non-profit corporation,<br><br>Defendants. | Case No.: 2:10-cv-0351-LDG-PAL<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND LACK OF PERSONAL JURISDICTION** |

Righthaven LLC ("Righthaven") and the National Organization for the Reform of Marijuana Laws ("NORML"), by and through its attorney's of record, hereby stipulate and agree, subject to this Court's approval, that the deadline for Righthaven to file Righthaven's opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Lack of Personal Jurisdiction, in the above-captioned matter, shall be extended fourteen (14) days from Monday, May 10, 2010, up to and including Monday, May 24, 2010.

1

Righthaven and NORML are engaged in good-faith negotiations working toward reaching a settlement in this matter. This stipulation is not sought for delay or any improper purpose.

DATED this third day of May, 2010.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 5 MAY 2010

Submitted by:

| RIGHTHAVEN LLC | WATSON ROUNDS |
|---|---|
| /s/ J. Charles Coons_____ | /s/ Cassandra P. Joseph_____ |
| J. Charles Coons, Esq.<br>9960 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701 | Cassandra P. Joseph, Esq.<br>5371 Kietzke Lane<br>Reno, NV 89511 |
| Attorney for Plaintiff | Attorney for Defendant |