STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, a District of Columbia domestic nonprofit corporation; MEDIA AWARENESS PROJECT (MAP), INC., a Delaware non-profit corporation,<br><br>Defendants. | Case No.: 2:10-cv-0351-LDG-PAL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, Righthaven LLC ("Righthaven") and Media Awareness Project (MAP), Inc. ("MAP"; collectively with Righthaven known herein as the "Parties"), by and through counsels of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against Defendant, MAP, with prejudice, in the above-captioned matter.

1

Specifically, Righthaven requests voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Rule 41(a)(2) permits voluntary dismissal with prejudice "by court order, on terms that the court considers proper[1]."

On or about June 4, 2010, the Parties entered into a settlement agreement (the "Agreement"), whereby MAP shall be released from all claims of copyright infringement in the above-entitled matter, upon full compliance with the terms of the Agreement.

Righthaven further specifically requests that this Court retain jurisdiction of this matter, subsequent to dismissal, in order to enforce the terms of the Agreement.

WHEREFORE, the Parties request this Court enter an Order dismissing MAP from the above-captioned matter with prejudice.

WHEREFORE, the Parties further request this Court retain jurisdiction of the above-captioned matter to enforce the terms of the Agreement.

DATED this thirtieth day of June, 2010.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 9 July 2010

Submitted by:

| RIGHTHAVEN LLC | RIDDER, COSTA & JOHNSTONE LLP |
|---|---|
| /s/ J. Charles Coons | /s/ Chris K. Ridder |
| J. Charles Coons, Esq. | Chris K. Ridder, Esq. |
| 9960 West Cheyenne Avenue, Suite 210 | 12 Geary Street, Suite 701 |
| Las Vegas, Nevada 89129-7701 | San Francisco, California 94108 |
| Attorney for Plaintiff | Attorney for Defendant |

---

[1] Fed. R. Civ. P. 41(a)(2).